862 A.2d 588

**Sherry GILLESPIE, Respondent,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 22, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of November, 2004, we **GRANT** the Petition for Allowance of Appeal and **REVERSE** the Order of the Commonwealth Court. *See Siekierda v. PennDOT*, 580 Pa. 259, 860 A.2d 76 (2004), 172 MAP 2002.